TOOLEY'S TRUCK STOP, INC., PLAINTIFF-PETITIONER, v. ANTONION CHRISANTHOPOULS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Gurtman & Schomer,* for the petitioner.

*Messrs. Pollis, Williams, Pappas & Dillon* for the respondents.

June 30, 1969.  Granted.

CITY OF ASBURY PARK, *ET AL.*, PETITIONERS-RESPONDENTS, v. MONMOUTH COUNTY BOARD OF TAXATION, DEFENDANT, AND TOWNSHIP OF HOWELL, RESPONDENT-PETITIONER.

*Mr. Robert V. Carton* for the petitioner.

*Mr. Thomas J. McCann, Jr., Mr. William L. Boyan, Mr. Arthur J. Sills* and *Mr. Charles H. Landesman* for the respondents.

June 30, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRANK E. WHITE, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 234. ·

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin* for the respondent.

June 30, 1969.  Denied.